

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Don Del Real Herrera,

\* From the 142nd District Court
of Midland County,
Trial Court No. CR51729.

Vs. No. 11-22-00101-CR

\* September 29, 2023

The State of Texas,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.